# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

JERRY BROWN,

Plaintiff(s),

v.

UNIVERSITY OF ILLINOIS,

Defendant(s).

Case No. 10-CV-06104
Judge John J. Tharp

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) UNIVERSITY OF ILLINOIS
and against plaintiff(s) JERRY BROWN
.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge John J. Tharp on a motion  for summary judgment.

Date:  11/5/2015                    Thomas G. Bruton, Clerk of Court

                                    Alberta Rone , Deputy Clerk